UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANFORD MEDICAL CENTER,<br>Plaintiff, | ) ) ) ) | Civil No. 10-4151-KES |
| vs. | ) ) | |
| PRAIRIE ISLAND INDIAN<br>COMMUNITY and PREFERREDONE<br>ADMINISTRATIVE SERVICES, | ) ) ) ) | **STIPULATION TO<br>DISMISS PARTY** |
| Defendant. | ) ) | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys, that Defendant PreferredOne Administrative Services may be dismissed without prejudice from this action with no fees or costs to be taxed to any party; and that a Judgment of Dismissal without Prejudice against Defendant PreferredOne Administrative Services may be entered by the Court without further notice to any party or hearing thereon.

7336809v1

1

Dated this 30th day of December, 2010.

LEONARD, STREET AND DEINARD, P.A.

By: _____
Brian W. Thomson (admitted *pro hac vice*)
Attorney for Defendant PreferredOne
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
612-335-7090
FAX: 612-335-1657
brian.thomson@leonard.com

and

Steven J. Morgans
P.O. Box 2700
Sioux Falls, SD 57101-2700
605-332-5999
FAX: 605-332-4249
smorgans@lynnjackson.com

Dated this 30 day of December, 2010.

DAVENPORT, EVANS, HURWITZ & SMITH, LLP

By: _____
Mitchell Peterson
Attorney for Plaintiff
P.O. Box 1030
Sioux Falls, SD 57101-1030
605-336-2880
FAX: 605-335-3639
map@dehs.com