UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

Sanford Medical Center,

          Plaintiff,

v.                                                                                  Civ. No. 10-4151

Prairie Island Indian Community,

          Defendant.

### Joint Stipulation of Dismissal
### of Plaintiff Sanford Medical Center
### and Defendant Prairie Island Indian Community

      The parties to this case, Plaintiff Sanford Medical Center and Defendant Prairie Island Indian Community, stipulate to dismissal of this case under Federal Rule of Civil Procedure 41(a)(2). The parties agree that the case should be dismissed in its entirety without prejudice, with no fees or costs to be taxed to either party. The parties hereby request that the Court enter a Judgment of Dismissal, which may be entered by the Court without further notice to either party or a hearing thereon. Pursuant to Local Rule 5. 1 B 5, counsel for Defendant Vanya S. Hogen has approved counsel for Plaintiff to file this pleading with her consent.

Dated: April 11, 2011

| PLAINTIFF SANFORD MEDICAL CENTER | DEFENDANT PRAIRIE ISLAND INDIAN COMMUNITY |
|---|---|
| */s/ Mitchell Peterson* | */s/ with consent of Vanya S. Hogen* |
| Mitchell Peterson | Vanya S. Hogen |
| DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P. | JACOBSON, BUFFALO, MAGNUSON, ANDERSON & HOGEN, P.C. |
| 206 West 14th Street | 325 Atrium Office Building |
| P.O. Box 1030 | 1295 Bandana Boulevard |
| Sioux Falls, SD 57101-1030 | St. Paul, MN 55108 |
| Telephone: (605) 336-2880 | Tele: (651) 644-4710 |
| E-mail: map@dehs.com | Email: vhogen@jacobsonbuffalo.com |