UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SANFORD MEDICAL CENTER, | ) | CIV. 10-4151-KES |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | JUDGMENT OF DISMISSAL |
| PRAIRIE ISLAND INDIAN COMMUNITY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the joint stipulation of dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed in its entirety, without prejudice, with no fees or costs to be taxed to either party.

Dated April 11, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE